PFE/DSM: NOV. 2022
GJ #18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | Case No. |
| ) | |
| ELIJAH JAVON ROCKETTE ) | |

## <u>INDICTMENT</u>

**<u>COUNT ONE</u>: [18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 29th day of June 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

### ELIJAH JAVON ROCKETTE

did knowingly possess a machinegun, that is, a **Glock .40 caliber pistol with a machinegun conversion device attached to the frame of the firearm**, in violation of Title 18, United States Code, Section 922(o).

**<u>COUNT TWO</u>: [26 U.S.C. § 5861(d)]**

The Grand Jury further charges that:

On or about the 29th day of June 2022, in Jefferson County, within the

Northern District of Alabama, the defendant,

## ELIJAH JAVON ROCKETTE

knowingly received and possessed a machinegun as defined in Title 26, United States Code, Section 5845(b), that is, a **Glock .40 caliber pistol with a machinegun conversion device attached to the frame of the firearm**, not registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## NOTICE OF FORFEITURE
## 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a), and 28 U.S.C. § 2461(c)

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a), and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One and Two of this Indictment for violation of 18 U.S.C. § 922(o) and 26 U.S.C. § 5861(d), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a), and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Glock, Model 22, .40 caliber pistol bearing serial number SBC325, attached**

**conversion device, and any associated magazines and ammunition.**

A TRUE BILL

/s/ Electronic Signature
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

/s/ Electronic Signature
DANIEL S. MCBRAYER
Assistant United States Attorney